

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE CESAR CARRASCO, | § | No. 08-25-00004-CR |
| Appellant. | § | Appeal from the |
| | § | 327th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 20220D05846) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We affirm the trial court's order denying Cesar Carrasco's application for pretrial writ of habeas corpus and remand the matter to the trial court for further proceedings consistent with our opinion. This decision shall be certified below for observance.

IT IS SO ORDERED this 28th day of August 2025.

LISA J. SOTO, Justice

Before Salas Mendoza C.J., Palafox and Soto, JJ.